CHARLES M. GIBBS, Appellant, *v.* TILGEY REALTY CORPORATION et al., Defendants, and NATHAN GOLD, Respondent.

(Submitted May 21, 1936; decided June 5, 1936.)

*Effingham L. Holywell* for appellant.

*Benjamin Gross* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.